**Electronically Filed
Intermediate Court of Appeals
30611
26-AUG-2011
08:09 AM**

NO. 30611

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


CHRIS GRINDLING, Plaintiff-Appellant,
v.
STATE OF HAWAI'I ATTORNEY GENERAL, Defendant-Appellee


APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
LAHAINA DIVISION
(CASE NO. 2DC SP 09-1-0002)


SUMMARY DISPOSITION ORDER
(By: Nakamura, C.J., Foley and Fujise, JJ.)

Plaintiff-Appellant Chris Grindling (Grindling) appeals from the Order Denying Petition to Correct Inaccurate Record Information and Denying Motion to Execute Judgment filed on May 28, 2010 in the District Court of the Second Circuit, Lahaina Division[1] (district court). Grindling's petition was opposed by Defendant-Appellee State of Hawai'i, and the district court correctly denied the petition.

Therefore,

IT IS HEREBY ORDERED that the Order Denying Petition to Correct Inaccurate Record Information and Denying Motion to

---

[1] The Honorable Rhonda I.L. Loo presided.

Execute Judgment filed on May 28, 2010 in the District Court of the Second Circuit, Lahaina Division, is affirmed.

DATED:  Honolulu, Hawai'i, August 26, 2011.

On the briefs:

Chris Grindling,
Plaintiff-Appellant pro se.

Lisa M. Itomura and
Diane K. Taira,
Deputy Attorneys General,
for Defendant-Appellee.

Chief Judge

Associate Judge

Associate Judge

2